IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OHIO CARPENTERS' PENSION FUND, et al, | ) CASE NO. 1:06cv2644 ) ) JUDGE CHRISTOPHER BOYKO |
| Plaintiffs, | ) ) |
| v. | ) ) JUDGMENT |
| EAST 2 WEST CONVENTION SERVICES, INC. | ) ) ) |
| Defendants. | ) ) ) |

Upon plaintiffs' motion for default judgment and the evidence presented, judgment is hereby entered in favor of the plaintiffs Board of Trustees of the Ohio Carpenters' Pension Fund, Board of Trustees of the Cleveland and Vicinity Carpenters' Hospitalization Fund, Board of Trustees of the Carpenters' Joint Apprenticeship Training Program, Board of Trustees of the Ohio Carpenters' Annuity Fund, and Ohio and Vicinity Regional Council of Carpenters and Joiners of America and against defendant Steve Diebold in the amount of $5,678.81 with interest from the date of judgment at 4.99 percent, pursuant to 29 U.S.C. §1961.

Defendant is further ordered to pay all future contributions and withholdings to Plaintiffs as and when required to do so by the terms of the Letter Agreement and, as incorporated therein, the Carpenters' Local Collective Bargaining Agreement. This judgment is limited to the amounts owed by the Defendant to the Plaintiffs with respect to the payment obligations of Defendant as set forth in the Complaint.

IT IS SO ORDERED.

FILED
MAY 15 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

*Christopher A. Boyko*
JUDGE CHRISTOPHER BOYKO
UNITED STATES DISTRICT JUDGE